IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00145-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. FEBRONIO ANGEL LICEA,
2. RUBEN LICEA-GARCIA,
3. YAIR HERNANDEZ-HINOJOSA,
4. DANIEL PACHECO, and
5. ARTURO GOMEZ,

        Defendants.
_____

**ORDER**
_____

        This matter is before the Court on the government's Motion to Disclose Grand

Jury Material to Defendants [Docket No. 66] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

Having reviewed the motion and being otherwise advised in the premises, the Court

finds that good and sufficient cause supports the same.  It is therefore

        ORDERED that the motion [Docket No. 66] is granted.  The United States may

disclose grand jury testimony, grand jury exhibits, and other grand jury materials to the

defendants and their attorneys in this case.  It is further

        ORDERED that such materials shall only be used in defending this case; that

such materials are to be disclosed only to the defendants and their attorneys; that

defendants' attorneys shall maintain custody of such materials and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED June 9, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge