IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FEBRONIO ANGEL LICEA,
2. RUBEN LICEA-GARCIA,
3. YAIR HERNANDEZ-HINOJOSA,
4. DANIEL PACHECO, and
5. ARTURO GOMEZ,

    Defendants.
_____

**ORDER**
_____

    This matter has previously been scheduled for a seven-day jury trial to commence on **October 17, 2011 at 8:00 a.m.** Discovery motions and motions challenging the face of the indictment are due **August 5, 2011**, and responses to these motions are due **August 15, 2011**. All other pretrial motions are due **September 7, 2011**, and responses to these motions are due **September 19, 2011.** A motions hearing is scheduled for **October 7, 2011 at 1:30 p.m.** It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than **August 31, 2011** and any challenges to such experts shall be made by **September 7, 2011**. It is further

ORDERED that disclosures regarding rebuttal expert witnesses shall be made **September 14, 2011** and any challenges to such experts shall be made no later than **September 21, 2011**.  It is further

ORDERED that a Trial Preparation Conference is set for **October 13, 2011 at 2:30 p.m.**  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED June 9, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge